No. 77–211. MARLER v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Diego. Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioner was convicted in the San Diego Municipal Court of selling obscene materials in violation of Cal. Penal Code Ann. § 311.2 (West 1970), and his conviction was affirmed in an unpublished decision by the Appellate Department of the San Diego County Superior Court. I would reverse the conviction. I adhere to my view expressed in *Miller* v. *California,* 413 U. S. 15 (1973), that this statute is "unconstitutionally overbroad, and therefore invalid on its face." *Id.,* at 47

(BRENNAN, J., dissenting). See also *Kuhns* v. *California,* 431 U. S. 973 (1977) (BRENNAN, J., dissenting); *Splawn* v. *California,* 431 U. S. 595, 601 (1977) (BRENNAN, J., dissenting); *Pendleton* v. *California,* 423 U. S. 1068 (1976) (BRENNAN, J., dissenting); *Sandquist* v. *California,* 423 U. S. 900, 901 (1975) (BRENNAN, J., dissenting); *Tobalina* v. *California,* 419 U. S. 926 (1974) (BRENNAN, J., dissenting); *Kaplan* v. *California,* 419 U. S. 915 (1974) (BRENNAN, J., dissenting); *Blank* v. *California,* 419 U. S. 913 (1974) (BRENNAN, J., dissenting).